UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

|  |  |
|---|---|
| ROBERT HOROWITZ, *et al.* | * |
| Plaintiffs | * |
| v. | * Civil Action No.: 8:14-cv-03698-DKC |
| CONTINENTAL CASUALTY COMPANY D/B/A CNA, *et al.*, | * |
| Defendants | * |

## DEFENDANT ECCLESTON AND WOLF, P.C.'S MOTION FOR SANCTIONS PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE[1]

Defendant, Eccleston and Wolf, P.C. ("E&W"), by its attorneys, Shirlie Norris Lake, Ashley L. Marucci and Eccleston and Wolf, P.C., moves, pursuant to Federal Rule of Civil Procedure 11, for sanctions against Plaintiffs Robert and Cathy Horowitz and their attorneys, John S. Lopatto III and the Law Offices of John Lopatto III. The grounds for this Motion are as follows:

1. This case was filed following several prior actions involving Plaintiffs in which they litigated, and/or are currently litigating, the same issues upon which their Amended Complaint is based.

2. E&W is included as a Defendant based solely upon its representation of Plaintiffs' former attorneys against whom they filed a malpractice case.

---

[1] As required by Rule 11(c)(2), E&W's Motion for Sanctions and supporting Memorandum of Law were served on counsel for Plaintiffs on May 4, 2015, but not filed with this Court. More than 21 days has passed since the Motion was served, and Plaintiffs have not withdrawn the Amended Complaint or dismissed the claims against E&W.

3. By initiating this action, Plaintiffs are attempting to circumvent rulings by the Circuit Court for Montgomery County.

4. As set forth in detail in E&W's Motion to Dismiss First Amended Complaint and Supporting Memorandum of Law (Docket Nos. 21 – 21-15), which are adopted, and incorporated by reference herein, the Amended Complaint fails to state claims against E&W upon which relief can be granted.

    A. All claims are barred by collateral estoppel, waiver, ratification, unclean hands and release.

    B. Count 1 is barred by the statute of limitations.

    C. Counts 1, 3 and 4 fail because E&W did not engage in any debt collection activity.

    D. Counts 3 and 4 fail because E&W is exempt from the provisions of the Maryland Consumer Protection Act.

    E. Count 5 fails because Plaintiffs have not, and cannot, establish any unlawful or tortious act by E&W.

5. As stated in E&W's Memorandum in Support of Motion for Sanctions, which is adopted and incorporated by referenced herein, E&W's Motion to Dismiss First Amended Complaint was granted by this Court in its Memorandum Opinion and Order dated December 28, 2015. (Docket Nos. 42 – 43).

6. Rule 11 of the Federal Rules of Civil Procedure provides, in relevant part, that, in filing any pleading or motion, the attorney or unrepresented party must certify that: (1) the filing is not being presented for any improper purpose, such as to harass, cause unnecessary delay or needlessly increase the cost of litigation and (2) the claims, defenses and other legal contentions

are warranted by existing law or by a non-frivolous argument for extending, modifying or reversing existing law or for establishing new law.

7. As set forth in E&W's Memorandum in Support of Motion for Sanctions, the claims against E&W alleged in Plaintiffs' Amended Complaint are not warranted by existing law, not supported by facts and were filed for an improper purpose.

WHEREFORE, Defendant, Eccleston and Wolf, P.C., respectfully requests that this Court determine that Plaintiffs, Robert and Cathy Horowitz, and their attorneys, have violated Federal Rule of Civil Procedure 11 by filing their Amended Complaint, and that reasonable costs and attorney's fees incurred by E&W in the amount of $30,890.79 be awarded against Plaintiffs and their counsel, as set forth in the Affidavit of Fees and Expenses and Itemized Statement attached hereto as Exhibit 1.

Respectfully submitted,

| | |
|---|---|
| */s/Shirlie Norris Lake* | */s/Ashley L. Marucci* |
| Shirlie Norris Lake (Fed. Bar No. 01705) | Ashley L. Marucci (Fed Bar No. 18642) |
| ECCLESTON & WOLF, P.C. | ECCLESTON & WOLF, P.C. |
| Baltimore-Washington Law Center | Baltimore-Washington Law Center |
| 7240 Parkway Drive, 4th Floor | 7240 Parkway Drive, 4th Floor |
| Hanover, MD 21076-1378 | Hanover, MD 21076-1378 |
| (410) 752-7474 (phone) | (410) 752-7474 |
| (410) 752-0611 (fax) | (410) 752-0611 (fax) |
| E-mail: lake@ewmd.com | E-mail: marucci@ewmd.com |
| *Attorney for Defendant* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 4th day of May, 2015, a copy of Defendant Eccleston and Wolf's Motion for Sanctions, was served, pursuant to Federal Rule of Civil Procedure 11(c)(2), by electronic mail on:[2]

>John S. Lopatto III, Esquire
>Law Offices of John Lopatto III
>1776 K St., N.W., Suite 700
>Washington, D.C. 20006
>*Attorney for Plaintiffs*

>*/s/Ashley L. Marucci*
>Ashley L. Marucci

---

[2] A copy of undersigned counsel's May 4, 2015 letter served on Plaintiffs' counsel, with the Motion for Sanctions, Memorandum, proposed Order and proposed Notice of Dismissal with Prejudice, is attached hereto as Exhibit 2. Rather than dismiss the case, Plaintiffs continued to pursue it, thus requiring E&W to incur additional expense for undersigned counsel to continue to litigate the case.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing Motion for Sanctions and supporting Memorandum of Law were electronically filed with the Court in this case on January 11, 2016, for distribution to all persons on the Clerk's electronic mailing list:

> John S. Lopatto III, Esquire
> Law Offices of John Lopatto III
> 1776 K St., N.W., Suite 700
> Washington, D.C. 20006
> *Attorney for Plaintiffs*
>
> Rachel T. McGuckian, Esquire
> Rachel A. Shapiro, Esquire
> Miles & Stockbridge, P.C.
> 11 North Washington Street, Suite 700
> Rockville, Maryland 20850
> *Attorneys for Defendant, Selzer Gurvitch Rabin*
> *Wertheimer Polott & Obecny, P.C.*
>
> Kathleen H. Warin, Esquire
> Helyna M. Haussler, Esquire
> Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
> 700 11th Street, N.W., Suite 400
> Washington, D.C. 20001
> *Attorneys for Defendant, Bregman, Berbert, Schwartz &*
> *Gilday, LLC*
>
> Karen Ventrell, Esquire
> Colliau Carluccio Keener Morrow Peterson & Parsons
> 2020 K Street, N.W., Suite 505
> Washington, D.C. 20006
> *Attorneys for Defendant, Continental Casualty Company*

> /s/Ashley L. Marucci
> Ashley L. Marucci