UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| ROBERT HOROWITZ, *et al.*<br><br>Plaintiffs<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY<br>D/B/A CNA, *et al.*,<br><br>Defendants | *<br>*<br>*<br>*  Civil Action No.: 8:14-cv-03698-DKC<br>*<br>*<br>* |

## AFFIDAVIT OF FEES AND EXPENSES

1. I am counsel of record for Eccleston and Wolf, P.C., a Defendant in the above captioned case.

2. I was admitted to the bar of Maryland in 1980.

3. I am a principal of the law firm of Eccleston and Wolf, P.C.

4. I have been practicing law since 1980 with a concentration in the representation of attorneys in litigation.

5. I am lead counsel for Defendant, Eccleston and Wolf, P.C., in the above captioned case, and I was assisted by partner, Edward J. Hutchins, Jr., and associates, Ashley Marucci, Richard Berwanger, Jr. and Jeanette Calomeris, who worked under my supervision.

6. The hourly rates charged for my firm's representation of Defendant in the above captioned case are $175 per hour for partner time, which includes my time and Mr. Hutchins'



time, and $160 per hour for associate time, which includes Ms. Marucci's time, Mr. Berwanger's time and Ms. Calomeris' time.

7. I have been involved in the representation of attorneys in litigation in Maryland State and Federal Courts throughout my practice for more than 35 years.

8. I am familiar with the hourly rates charged by attorneys in the Baltimore/Washington area for the representation of attorneys in litigation such as the above captioned case.

9. The hourly fees charged by Eccleston and Wolf in connection for its representation of Defendant in the above captioned case are fair and reasonable and consistent with, or lower than, fees charged by attorneys in the Baltimore/Washington area for the representation of attorney/defendants in this type of litigation.

10. As of the date of filing the Motion for Sanctions, Eccleston and Wolf has expended a total of 181.5 hours in its representation of Defendant in the above captioned case for total fees of $30,133.50 and costs of $757.29. An itemization of the services rendered, and the fees and costs incurred, in connection with Eccleston and Wolf's representation of Defendant in the above captioned case is attached here to as Exhibit A.[1]

---

[1] The services on Exhibit A identify the timekeeper by attorney number. No. 118 is my attorney number, No. 122 is Mr. Hutchins, No. 443 is Ms. Marucci, No. 394 is Mr. Berwanger and No. 449 is Ms. Calomeris.

11. All of the services reflected on Exhibit A were either performed by me, Mr. Hutchins, or by the associates, Ms. Marucci, Mr. Berwanger or Ms. Calomeris, at my direction and under my supervision.[2]

12. I have reviewed Exhibit A, and the services reflected therein were reasonable and necessary to the defense of the Defendant in the above captioned case.

13. A total of $30,890.79 in fees and expenses were incurred in connection with the representation of Defendant in the above captioned case.

14. Based upon my experience with this type of litigation and my knowledge of the customary fees and expenses charged in the Baltimore/Washington area for this type of litigation, the fees and expenses incurred in this case were fair and reasonable.

15. All of the fees set forth on Exhibit A are due from Eccleston and Wolf, P.C., and none will be paid by the firm's insurer.

**I SOLEMNLY AFFIRM,** under the penalties of perjury, that I am over eighteen years of age, and the foregoing Affidavit is true and correct to the best of my knowledge, information and belief.

1/11/16
Date

_____
Shirlie Norris Lake (Bar No. 01705)

---

[2] Parts of the description of the services reflected on Exhibit A have been redacted to protect attorney-client privileged communications.

**STATE OF MARYLAND, CITY OF** BALTIMORE   to wit:

**I HEREBY CERTIFY** that on this 11th day of January, 2016, before me, the subscriber, a Notary Public of the City and State aforesaid, personally appeared, Shirlie Norris Lake, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that she executed same for the purposes therein contained.

**IN WITNESS WHEREOF**, I have hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: 11/1/17

RICHARD J. BERWANGER, JR.
NOTARY PUBLIC
BALTIMORE CITY
MARYLAND
MY COMMISSION EXPIRES NOVEMBER 1, 2017

Law Offices
# Eccleston and Wolf, P.C.
BALTIMORE-WASHINGTON LAW CENTER
7240 PARKWAY DRIVE, 4TH FLOOR
HANOVER, MARYLAND 21076
(410) 752-7474

FEDERAL ID NO. 52-1216842

ECCLESTON AND WOLF, P.C.
7240 PARKWAY DRIVE
4TH FLOOR
HANOVER, MD 21076

Invoice 61269
December 31, 2015

ID: 1079-5A086 - SNL

ECCLESTON AND WOLF, P.C.

Re: ATS. HOROWITZ, ROBERT; HOROWITZ, CATHY

For Services Rendered Through 12/31/2015
    Current Fees    30,133.50
    Current Disbursements    757.29
    Total Current Charges    30,890.79

**Total Due**    **30,890.79**



DEFENDANT'S EXHIBIT 1-A

ECCLESTON & WOLF, PC

| | | |
|---|---|---|
| ECCLESTON AND WOLF, P.C. | | December 31, 2015 |
| I.D. 1079-5A086 - SNL | | Invoice 61269 |
| Re: ATS. HOROWITZ, ROBERT; HOROWITZ, CATHY | | Page 2 |

## Fees

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/27/15 | 122 | REVIEW DOCUMENTS - COMPLAINT | 0.80 |
| 01/27/15 | 122 | RECEIPT AND REVIEW LETTER - CO-DEFENDANTS' ATTORNEY (MCGUCKIAN) AND REPLY RE: ADDITIONAL DOCUMENTS | 0.10 |
| 01/27/15 | 443 | ANALYZED ALLEGATIONS AGAINST E&W IN CONNECTION WITH DEFENSE AND EVALUATED PRELIMINARY ARGUMENTS FOR MOTION TO DISMISS | 2.90 |
| 01/28/15 | 443 | REVIEWED AND ANALYZED FACTUAL BACKGROUND OF CLAIMS INVOLVING BOB AND CATHY HOROWITZ TO PROVIDE CONTEXT FOR ARGUMENTS IN DISPOSITIVE MOTION | 2.70 |
| 01/29/15 | 122 | RESEARCH - FDCPA | 0.80 |
| 01/29/15 | 122 | REVIEW DOCUMENTS - PRELIM RE: FROM RELATED CASE | 0.70 |
| 01/29/15 | 122 | TELEPHONE CALL TO CO-DEF.'S ATTORNEY - R. MCGUCKIAN RE: NEW HOROWITZ CASE | 0.50 |
| 01/29/15 | 118 | REVIEW COMPLAINT RE: CLAIMS V E&W | 0.40 |
| 01/29/15 | 118 | REVIEW 10/29/14 TRANSCRIPTION OF JUDGE MASON RULING IN SELZER V HOROWITZ | 0.30 |
| 01/29/15 | 443 | REVIEWED AND ANALYZED FEDERAL LAW REGARDING STATUTORY REQUIREMENTS FOR ESTABLISHING ALLEGED VIOLATION OF FDCPA | 2.10 |
| 01/29/15 | 443 | REVIEWED AND ANALYZED FEDERAL AND STATE LAW REGARDING ELEMENTS TO PROVE ALLEGED VIOLATION OF MCDCA | 1.50 |
| 01/29/15 | 443 | REVIEWED AND ANALYZED MARYLAND LAW REGARDING APPLICATION OF MCPA, INCLUDING STATUTORY EXEMPTION FOR LAWYERS AND INSURANCE COMPANIES | 0.90 |
| 01/29/15 | 443 | REVIEWED AND ANALYZED CLAIMANT'S ABILITY UNDER MARYLAND LAW TO ASSERT PRIVATE CAUSE OF ACTION UNDER INSURANCE ARTICLE OF MARYLAND CODE | 2.10 |
| 01/29/15 | 443 | REVIEWED AND ANALYZED MARYLAND LAW DISCUSSING PROOF OF CIVIL CONSPIRACY | 1.90 |
| 01/30/15 | 394 | REVIEWED AND ANALYZED FACTUAL SUMMARY OF CLAIMS FILED BY HOROWITZ AND REPRESENTATION OF ZIPIN | 0.80 |
| 01/30/15 | 443 | ANALYZED AND OUTLINED ARGUMENTS TO RAISE IN DEFENSE OF CLAIMS ALLEGING VIOLATIONS OF FDCPA AND MCDCA | 4.10 |
| 01/30/15 | 443 | ANALYZED AND OUTLINED ARGUMENTS TO RAISE IN DEFENSE OF CLAIMS ALLEGING VIOLATIONS OF MCPA | 1.20 |
| 01/30/15 | 443 | ANALYZED AND OUTLINED ARGUMENTS TO RAISE IN DEFENSE OF CLAIMS ALLEGING VIOLATIONS OF PROVISIONS IN THE INSURANCE ARTICLE | 3.10 |
| 01/30/15 | 443 | ANALYZED AND OUTLINED ARGUMENTS TO RAISE IN DEFENSE OF CLAIMS ALLEGING CIVIL CONSPIRACY AMONG DEFENDANTS | 1.20 |
| 02/02/15 | 443 | INTRA-OFFICE MEETING TO DISCUSS ARGUMENTS TO RAISE IN PRELIMINARY DISPOSITIVE MOTION | 1.10 |

| ECCLESTON AND WOLF, P.C. | | | December 31, 2015 |
|---|---|---|---|
| I.D. 1079-5A086 - SNL | | | Invoice 61269 |
| Re: ATS. HOROWITZ, ROBERT; HOROWITZ, CATHY | | | Page 3 |
| 02/02/15 | 443 | REVIEWED AND ANALYZED MARYLAND AND FEDERAL LAW ADDRESSING FDCPA STATUTE OF LIMITATIONS, QUALIFIED PRIVILEGES FOR LAWYERS PRACTICING LAW, RATIFICATION OF CONTRACTS, DOCTRINE OF UNCLEAN HANDS, CHOICE OF REMEDIES IN CONTRACT CLAIM AND CIVIL CONSPIRACY IN PREPARATION FOR DRAFTING PRELIMINARY DISPOSITIVE MOTION | 4.60 |
| 02/02/15 | 122 | RECEIPT AND REVIEW LETTER - CO-DEFENDANTS' ATTORNEY R. MCG. W/ ATTACHMENT & REPLY | 0.30 |
| 02/02/15 | 122 | REVIEW DOCUMENTS - MEMO OF LAW FOR A.M. | 0.70 |
| 02/02/15 | 122 | RESEARCH RE: UNCLEAN HANDS | 0.80 |
| 02/02/15 | 122 | CONFERENCE INTRAOFFICE RE: LAW & STRATEGY | 1.00 |
| 02/02/15 | 122 | TELEPHONE CALL TO CO-DEF.'S ATTORNEY HANSON (CNA) | 0.30 |
| 02/02/15 | 122 | TELEPHONE CALL TO CO-DEF.'S ATTORNEY SPRING (CNA) | 0.90 |
| 02/02/15 | 118 | REVIEW - MEMO RE: CAUSES OF ACTION, MOT DISMISS ETC. IN PREP FOR CASE CONF. | 0.40 |
| 02/02/15 | 118 | REVIEW DOCKET ENTRIES RE: SERVICE | 0.10 |
| 02/02/15 | 118 | RESEARCH ONLINE LOPATO - PL: ATT | 0.10 |
| 02/02/15 | 118 | CONFERENCE - EJH, AIF, AM RE: CAUSES OF ACTION, DEFENSES, MOT DISMISS MOT SANCTIONS | 1.00 |
| 02/02/15 | 118 | RESEARCH RULE 11 MOT SANCTION, "SAFE HARBOR" PROV. ETC. | 0.50 |
| 02/02/15 | 118 | RECEIPT AND REVIEW MCGUCKIAN EMAIL W/ MEMO ON CAUSES OF ACTION | 0.10 |
| 02/02/15 | 118 | REVIEW COMPUTER DOCKET ENTRIES FOR 5 HOROWITZ LAWSUITS (130 DOCKET ENTRIES TOTAL) IN MONT CO & PREPARE TIMELINE OF LITIGATION | 1.60 |
| 02/03/15 | 443 | REVIEWED AND ANALYZED FEDERAL LAW REGARDING APPLICATION OF QUALIFIED PRIVILEGE TO TORT OF CONSPIRACY INVOLVING PRINCIPAL AND AGENT IN PREPARATION FOR DRAFTING DISPOSITIVE MOTION | 2.50 |
| 02/04/15 | 122 | RECEIPT AND REVIEW LETTER - CO-DEFENDANTS' ATTORNEY RMG. W/ ENCLOSURES | 0.30 |
| 02/04/15 | 122 | RECEIPT AND REVIEW LETTER - CO-DEFENDANTS' ATTORNEY - RAM. W/ ENCLOSURES RE: CNA D.C. COUNSEL | 0.20 |
| 02/04/15 | 122 | DRAFT LETTER - INS. CO. - L.C.S. | 0.10 |
| 02/05/15 | 443 | INTEROFFICE CONFERENCE TO DISCUSS ARGUMENTS TO RAISE IN MOTION FOR SANCTIONS AND MOTION TO DISMISS | 1.70 |
| 02/05/15 | 122 | TELEPHONE CALL TO INSURANCE CO. EXPERT S.H. | 0.60 |
| 02/05/15 | 122 | TELEPHONE CALL TO CO-DEF.'S ATTORNEY EPNER | 0.20 |
| 02/05/15 | 118 | CONFERENCE INTEROFFICE TO FORMULATE OUTLINE OF ARGUMENTS FOR MOT DISMISS & MOT SANCTIONS | 1.70 |
| 02/05/15 | 118 | REVIEW DOCKET ENTRIES - ZIPIN CASE RE: CT. ORDERED ADR | 0.20 |
| 02/05/15 | 118 | REVIEW DOCKET ENTRIES SELZER CASE RE: HEARINGS ON M.S.J. | 0.20 |
| 02/05/15 | 118 | TELEPHONE CALL TO CO-DEF.'S ATTORNEY RACHEL MCGUCKIAN ATT FOR SELZER RE: HEARING ON MSJ, MALP CC/TPC V SELZER & | 0.00 |

ECCLESTON & WOLF, PC

| | | | |
|---|---|---|---|
| ECCLESTON AND WOLF, P.C. | | | December 31, 2015 |
| I.D. 1079-5A086 - SNL | | | Invoice 61269 |
| Re: ATS. HOROWITZ, ROBERT; HOROWITZ, CATHY | | | Page 4 |

| Date | Code | Description | Hours |
|---|---|---|---|
| | | BREGMAN, COUNSEL FOR CNA (LM) | |
| 02/06/15 | 443 | REVIEWED AND ANALYZED MARYLAND LAW REGARDING PURPOSE OF DEBT COLLECTION STATUTES AND SETTLEMENT ENFORCEMENT AS DEBT COLLECTION ACTIVITY IN PREPARATION FOR DRAFTING MOTION FOR SANCTIONS | 1.40 |
| 02/06/15 | 122 | RESEARCH RE: FDCPA ISSUES | 1.00 |
| 02/06/15 | 122 | TELEPHONE CALL TO WITNESS JUDGE RAKER | 0.10 |
| 02/06/15 | 118 | REVIEW FILE & DOCKETS TO ID ADDITIONAL DOCS NEEDED FOR MOT DISMISS | 0.50 |
| 02/06/15 | 118 | EMAIL TO MCGUCKIAN RE: CNA - DEF & DOCS NEEDED. | 0.30 |
| 02/06/15 | 118 | REVIEW OPPOSING MEMORANDUM OF HOROWITZ TO SELZER MSJ & CROSS MSJ | 0.30 |
| 02/06/15 | 118 | REVIEW MOTION FOR SUMMARY JUDGMENT SELZER FIRM'S MSJ ON COMPLAINT (FEE CLAIM) & CC - MALPRACTICE TO ID ARGUMENTS APPLICABLE TO E&W MOT TO DISMISS | 0.40 |
| 02/09/15 | 118 | REVIEW SELZER REPLY IN SPT. OF MSJ FEES & OPP TO HOROWITZ CROSS MSJ - FEES | 0.20 |
| 02/09/15 | 118 | REVIEW HOROWITZ CROSS MSJ & OPP MEMO TO SELTZER MSJ W/ EXPERT WITNESS STATEMENT | 0.50 |
| 02/09/15 | 118 | REVIEW SELTZER REPLY - MALP & OPP TO HOROWITZ MSJ - MALP | 0.30 |
| 02/09/15 | 118 | REVIEW ORDER & J. IN SELZER CASE | 0.10 |
| 02/09/15 | 118 | REVIEW HOROWITZ MOT TO ALTER AMEND W/ SUPPL, SELZER OPPOSITION (X2) & HOROWITZ REPLY & ORDER DENYING MOT. | 0.40 |
| 02/09/15 | 118 | REVIEW HOROWITZ MOT TO SUPPL. & CORRECT REPORT & EXHIBITS & SELZER OPP. | 0.30 |
| 02/23/15 | 443 | DRAFTED MEMORANDUM OF LAW IN SUPPORT OF 12(B)(6) MOTION TO DISMISS SECTION RE: FACTUAL BACKGROUND OF CLAIM | 2.10 |
| 02/24/15 | 118 | REVIEW - U.S. DIST CT. ON LINE FILE RE: SERVICE ETC. | 0.10 |
| 02/24/15 | 118 | TELEPHONE CALL TO CO-DEF.'S ATTORNEY RACHEL MCGUCKIAN RE: SERVICE ETC (LM) + EMAIL RE: SAME | 0.10 |
| 02/24/15 | 118 | REVIEW COMPLAINT RE: GROUNDS FOR MOT. DISMISS TO INCLUDE IN MOT SANCTIONS TO SEND TO LOPATTO UPON SERVICE OF COMPLAINT | 0.50 |
| 02/24/15 | 118 | REVIEW FED RULE 11 + ANN RE: 'SAFE HARBOR" PROVISIONS, REQUIREMENTS FOR "SERVICE" OF MOTION | 0.40 |
| 02/24/15 | 443 | DRAFTED MEMORANDUM OF LAW IN SUPPORT OF 12(B)(6) MOTION TO DISMISS SECTION RE: PLAINTIFFS' CLAIMS FOR ALLEGED VIOLATIONS OF THE FDCPA AND MCDCA MUST FAIL | 3.40 |
| 02/24/15 | 443 | DRAFTED MEMORANDUM OF LAW IN SUPPORT OF 12(B)(6) MOTION TO DISMISS SECTION RE: CLAIMS PREMISED UPON ALLEGED ILLEGALITY OF SETTLEMENT AGREEMENT AND BARRED BY LEGAL AND EQUITABLE PRINCIPLES | 3.40 |
| 02/24/15 | 443 | DRAFTED MEMORANDUM OF LAW IN SUPPORT OF 12(B)(6) MOTION TO DISMISS SECTION RE: INTRODUCTION | 0.40 |
| 02/25/15 | 118 | REVIEW LOCAL RULES RE: RULE 11 MOTION FOR SANCTIONS | 0.10 |

ECCLESTON & WOLF, PC

| | | | |
|---|---|---|---|
| ECCLESTON AND WOLF, P.C. | | | December 31, 2015 |
| I.D. 1079-5A086 - SNL | | | Invoice 61269 |
| Re: ATS. HOROWITZ, ROBERT; HOROWITZ, CATHY | | | Page 5 |
| 02/25/15 | 118 | DRAFT LETTER - OPPOSING COUNSEL LOPATTO RE: RULE 11 MOT FOR SANCTIONS, EXTENSIONS TO RESPOND TO COMPLAINT ETC. | 0.50 |
| 02/25/15 | 118 | DRAFT - STIPULATION OF EXTENSION | 0.20 |
| 02/25/15 | 118 | REVIEW AND REVISE LETTER - OPPOSING COUNSEL LOPATTO - REQUEST FOR EXTENSION | 0.10 |
| 02/25/15 | 118 | REVIEW AND REVISE 12(B)(6) MOTION TO DISMISS MEMO OF LAW | 2.50 |
| 02/25/15 | 118 | REVIEW COMPLAINT SPECIFIC CAUSES OF ACTION TO BE ADDRESSED IN MOT TO DISMISS | 0.50 |
| 02/25/15 | 118 | REVIEW J. MASON RULING RE: USE IN MOT TO DISMISS | 0.20 |
| 02/25/15 | 443 | DRAFTED MEMORANDUM OF LAW IN SUPPORT OF 12(B)(6) MOTION TO DISMISS SECTION RE: PLAINTIFFS ARE PRECLUDED FROM BRINGING CLAIMS TO ALLEGE VIOLATIONS OF INSURANCE ARTICLE | 2.40 |
| 02/25/15 | 443 | ANALYZED ADDITIONAL ARGUMENTS TO SET FORTH ON BEHALF OF E&W IN 12(B)(6) MOTION TO DISMISS | 1.80 |
| 02/25/15 | 443 | DRAFTED MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS SECTIONS RE: MCPA DOES NOT APPLY TO LAWYERS AND LICENSING REQUIREMENTS OF MCALA DO NOT APPLY TO E&W | 2.40 |
| 02/26/15 | 118 | RECEIPT AND REVIEW MCGUCKIAN EMAILS (X2) RE: COMPLAINTS + REPLY | 0.10 |
| 02/26/15 | 118 | REVIEW COMPLAINT + OUTLINE COUNTS WITH FACTUAL BASIS FOR STATUTORY VIOLATIONS V E&W (RE: 12(B)(6) MOT DISMISS) | 0.70 |
| 02/26/15 | 118 | REVIEW FILE RE: RESPONSE TO COMPLAINT IN PREP FOR CONF. W/ RMG - COUNSEL FOR CO. DEF | 0.50 |
| 02/26/15 | 118 | TELEPHONE CALL TO CO-DEF.'S ATTORNEY MCGUCKIAN RE: COMPLAINT RULE 11 MOT & MOT TO DISMISS | 0.60 |
| 02/26/15 | 118 | REV - SUMMONSES ON ALL DEF. | 0.10 |
| 02/26/15 | 118 | REVIEW FED RULE 4 RE: SERVICE OF SUMMONS & ANALYZE 4(M) MOT TO DISMISS IF NOT SERVED TO. IN 120 DAYS | 0.40 |
| 02/26/15 | 118 | RECEIPT AND REVIEW HOROWITZ CC V SELZER & TPC V BREGMAN (SELZER CASE) | 0.40 |
| 02/26/15 | 118 | CALCULATE EXPIRATION OF TIME FOR PL. TO SERVE E&W | 0.20 |
| 02/26/15 | 443 | DRAFTED MEMORANDUM OF LAW IN SUPPORT OF 12(B)(6) MOTION TO DISMISS (CONTINUED) | 2.70 |
| 02/27/15 | 443 | REVIEWED AND ANALYZED CASE FILE IN UNDERLYING ZLF CLAIM TO ASSIST IN DEFENSE OF PENDING ACTION | 1.10 |
| 02/27/15 | 443 | TELEPHONE CALL TO MONTGOMERY CO CIRCUIT COURT OFFICE OF TECHNICAL SERVICES RE: REQUEST FOR TRANSCRIPT OF MSJ HEARING | 0.10 |
| 02/27/15 | 443 | DRAFTED FOLLOW UP LETTER TO MONTGOMERY CO CIRCUIT COURT TECHNOLOGY SERVICES DEPT RE: REQUEST FOR TRANSCRIPT OF HEARING | 0.10 |
| 03/04/15 | 118 | REVIEW RULE RE: ALTERNATE METHODS OF SERVICE AND WAVER. | 0.20 |
| 03/04/15 | 118 | REVIEW FED RULE 4 (M) DISMISSAL IF NO SERVICE AFTER 120 DAYS & COMPUTE DEADLINE TO FILE MOT TO DISMISS | 0.20 |

ECCLESTON & WOLF, PC

| | | | |
|---|---|---|---|
| ECCLESTON AND WOLF, P.C. | | | December 31, 2015 |
| I.D. 1079-5A086 - SNL | | | Invoice 61269 |
| Re: ATS. HOROWITZ, ROBERT; HOROWITZ, CATHY | | | Page 6 |
| 03/04/15 | 118 | EMAILS (X4) TO CLIENT RE: SERVICE | 0.30 |
| 03/05/15 | 443 | REVIEWED AND ANALYZED FEDERAL LAW REGARDING ABILITY OF SELF-REPRESENTED LAW FIRM TO RECOVER ATTORNEY'S FEES IN PREPARATION FOR DRAFTING MOTION FOR SANCTIONS ORDER | 0.80 |
| 03/06/15 | 118 | EMAIL TO CLIENT RE: SERVICE | 0.20 |
| 03/06/15 | 443 | ANALYZED POSTURE OF UNDERLYING CASES IN CONNECTION WITH POTENTIAL EFFORTS TO SERVE DEFENDANTS IN PENDING ACTION | 0.10 |
| 03/10/15 | 443 | TELEPHONE CALL FROM MONTGOMERY COUNTY CIRCUIT COURT INDICATING TRANSCRIPT OF HEARING PREPARED AND ADDITIONAL PAYMENT REQUIRED | 0.10 |
| 03/10/15 | 443 | DRAFTED FOLLOW UP LETTER TO MONTGOMERY COUNTY CIRCUIT COURT WITH ADDITIONAL PAYMENT AND REQUESTING HEARING TRANSCRIPT | 0.10 |
| 03/11/15 | 443 | REVIEWED AND ANALYZED STATUS OF CLAIM, INCLUDING SERVICE ISSUES AND POSTURE OF UNDERLYING CASES IN CIRCUIT COURT | 0.60 |
| 03/13/15 | 118 | RESEARCH FRCP 4 (M) DISMISSAL | 0.60 |
| 03/13/15 | 118 | REVIEW COMPUTER ONLINE DOCKET RE: SERV. | 0.10 |
| 03/16/15 | 118 | REVIEW AND REVISE MEMORANDUM TO CLIENT RE: STATUS | 0.10 |
| 03/16/15 | 443 | ANALYZED STATUS OF UNDERLYING RELATED CASES, INCLUDING RECENT COUNTERCLAIM BY HOROWITZES IN SELZER FEE CLAIM | 0.60 |
| 03/17/15 | 443 | ANALYZED ARGUMENTS SET FORTH BY HOROWITZES' COUNSEL DURING HEARING BEFORE JUDGE MASON ON CROSS-MOTIONS FOR SUMMARY JUDGMENT IN SELZER FEE CASE AND HOROWITZ COUNTERCLAIM FOR LEGAL MALPRACTICE TO ASSIST IN DEFENSE OF CURRENT CLAIM | 1.00 |
| 03/18/15 | 118 | ABSTRACT TRANSCRIPT OF 10/29/14 HEARING SELZER CASE & ANALYZE USE IN OUR MOT DISMISS & RULE 11 MOTION FOR SANCTIONS | 1.40 |
| 03/19/15 | 118 | REVIEW AND REVISE ABSTRACT OF 10/29/14 HEARING (FOR USE IN OUR MOT DISMISS) | 0.40 |
| 03/23/15 | 118 | REVIEW DOCKET HOROWITZ V CNA, ET AL RE: SERVICE, AM COMPL. | 0.10 |
| 03/23/15 | 118 | REVIEW AMENDED COMPLAINT & ANALYZE REVISIONS & NEW CLAIMS | 1.20 |
| 03/23/15 | 118 | REVIEW DOCKET - SELZER V HOROWITZ RE: POST J. PROCEEDINGS AS BASIS FOR NEW 1983 CLAIM. | 0.40 |
| 03/23/15 | 118 | EMAIL TO CLIENT RE: CNA & REC REPLY | 0.10 |
| 03/23/15 | 118 | RESEARCH NEED TO DEMONSTRATE GOOD CAUSE TO AVOID FRCP 4 (M) DISMISSAL | 1.80 |
| 03/23/15 | 118 | RESEARCH CHEN CASE DIST. CT. 4TH CIR & S. CT. RE: STANDARD IN 4TH CIR FOR RULE 4 (M) DISMISSAL. | 0.60 |
| 03/23/15 | 118 | REVIEW DOCUMENTS EXHIBITS TO AM COMPLAINT - CNA POLICY & SAMR | 0.40 |
| 03/23/15 | 118 | TELEPHONE CALL TO KAREN VENTRELL RE: REP OF CNA, MOT TO DISMISS RULE 4(M) | 0.30 |
| 03/23/15 | 118 | DRAFT MEMORANDUM IN SPT OF RULE 4 (M) MOT TO DISMISS | 1.60 |

| ECCLESTON AND WOLF, P.C. | | | December 31, 2015 |
|---|---|---|---|
| I.D. 1079-5A086 - SNL | | | Invoice 61269 |
| Re: ATS. HOROWITZ, ROBERT; HOROWITZ, CATHY | | | Page 7 |
| 03/23/15 | 118 | DOCUMENTS GRANTING MOT DISMISS 4 (M) | 0.30 |
| 03/23/15 | 118 | EMAIL TO CLIENT RE: SERVICE & REC REPLIES | 0.20 |
| 03/24/15 | 118 | CONFERENCE RE: SERVICE | 0.10 |
| 03/24/15 | 118 | DRAFT EMAIL CLIENT RE: SERVICE, MOTION TO DISMISS, ETC. | 0.50 |
| 03/24/15 | 118 | REVIEW E&W WEBSITE RE: POSITION OF PERSONS ON SERVICE LIST | 0.20 |
| 03/24/15 | 118 | REVIEW FED RULES & MD RULES RE: PERSONS TO BE SERVED | 0.10 |
| 03/24/15 | 118 | CONFERENCE CLIENT RE: SERVICE & MOT TO DISMISS | 0.20 |
| 03/24/15 | 118 | DRAFT MEMORANDUM TO CLIENT RE: AMENDED COMPL. | 0.90 |
| 03/24/15 | 118 | REVIEW LETTER - OPPOSING COUNSEL LOPATTO RE: REQUEST FOR EXTENSION, RULE 11 ETC. RE: REC. REVISIONS IN LIGHT OF ATTEMPTED SERVICE & REVISE LETTER | 0.30 |
| 03/24/15 | 118 | TELEPHONE CALL TO OPPOSING COUNSEL LOPATTO - SERVICE ACCEPTED AS OF TODAY, 2 WK EXTENSION | 0.10 |
| 03/24/15 | 118 | EMAIL TO LOPATTO CONFIRMING SERVICE, EXTENSION & STIPULATION | 0.30 |
| 03/24/15 | 118 | REVIEW AND REVISE MEMO RE: AM. COMPLAINT | 0.20 |
| 03/24/15 | 118 | DRAFT STIPULATION OF EXTENSION TO FILE IN U.S. DIST. COURT | 0.20 |
| 03/24/15 | 118 | TELEPHONE CALL TO CO-DEF.'S ATTORNEY VENTRELL ( ATT FOR CNA) RE: SERVICE ON E&W (LM) (NO CHARGE) | 0.00 |
| 03/24/15 | 118 | EMAIL TO R.M. RE: SERVICE ON E&W | 0.10 |
| 03/24/15 | 118 | REVIEW AMENDED COMPLAINT & ANALYZE REVISED ALLEGATIONS V. E&W AND EFFECT ON OUR MOT TO DISMISS | 0.50 |
| 03/24/15 | 118 | REVIEW RULES - FED & LOCAL RE: SERVICE OF AM COMPL. | 0.10 |
| 03/24/15 | 118 | REVIEW PLEADING'S CIVIL COVER SHEET FILED W/ ORIGINAL COMPLAINT & RULES RE: NEED TO REVISE & /OR FILE DEF. CCS | 0.20 |
| 03/24/15 | 118 | REV & ANALYZE DAMAGES RECOVERABLE UNDER FDCDA, MDCPA & MCPA (PRELIM) | 0.50 |
| 03/24/15 | 443 | REVIEWED AND ANALYZED FEDERAL LAW REGARDING TOLLING OF STATUTE OF LIMITATIONS ON FEDERAL CLAIM IN PREPARATION FOR DRAFTING ARGUMENTS IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT | 1.10 |
| 03/24/15 | 443 | REVIEWED AND ANALYZED NEW ALLEGATIONS PERTAINING TO E&W IN AMENDED COMPLAINT | 1.30 |
| 03/24/15 | 443 | DRAFTED MOTION TO DISMISS AMENDED COMPLAINT SECTION RE: PLAINTIFFS' REQUEST FOR DECLARATORY JUDGMENT IS BARRED BY COLLATERAL ESTOPPEL | 2.20 |
| 03/24/15 | 443 | DRAFTED REVISIONS TO MOTION TO DISMISS BASED UPON NEW AND ADDITIONAL ALLEGATIONS AGAINST E&W IN AMENDED COMPLAINT | 1.70 |
| 03/25/15 | 118 | RESEARCH MD DECL. J. ACT RE: SUFFICIENCY OF COUNT 2 OF AM COMPLAINT | 0.80 |
| 03/25/15 | 118 | REVIEW AND REVISE MEMORANDUM IN SPT. OF 12 (B) (6) MOT TO DISMISS | 1.30 |
| 03/25/15 | 118 | EMAIL TO LOPATTO W/ DRAFT STIPULATION, REC. REPLY Q/ REQUEST FOR CLARIFICATION, RESPOND. | 0.10 |

ECCLESTON & WOLF, PC

| | | | |
|---|---|---|---|
| ECCLESTON AND WOLF, P.C. | | | December 31, 2015 |
| I.D. 1079-5A086 - SNL | | | Invoice 61269 |
| Re: ATS. HOROWITZ, ROBERT; HOROWITZ, CATHY | | | Page 8 |

| Date | Code | Description | Hours |
|---|---|---|---|
| 03/25/15 | 443 | ANALYZED ISSUES RE: PRESENTATION AND SUBMISSIONS OF MOTION TO DISMISS AND MOTION FOR SANCTIONS | 0.30 |
| 03/25/15 | 443 | ANALYZED ISSUES RE: REVISIONS TO MOTION TO DISMISS AMENDED COMPLAINT | 0.70 |
| 03/25/15 | 443 | DRAFTED EMAIL TO RACHEL MCGUCKIAN RE: TRANSCRIPT OF HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT IN SELZER CASE | 0.10 |
| 03/26/15 | 118 | TELEPHONE CALL FROM CO-DEF.'S ATTORNEY ATTORNEY MCGUCKIAN & WARIN RE: NEW CASE, REP OF CONTINENTAL & SELZER, CONF CALL. ETC. (X5) & REPLY (X3) | 0.40 |
| 03/26/15 | 118 | TELEPHONE CALL FROM OPPOSING COUNSEL LOPATTO W/ AUTH TO FILE STIP. & PREP FOR E-FILING | 0.20 |
| 03/26/15 | 118 | TELEPHONE CALL TO VENTRELL RE: REP OF CONTINENTAL, ETC (LM) | 0.00 |
| 03/26/15 | 118 | EMAIL TO VENTRELL (CNA) RE: SERVICE, EXTENSION, CONF. CALL & REC REPLY | 0.30 |
| 03/26/15 | 118 | RECEIPT AND REVIEW ORDER APPROVING STIP. OF EXTENSION & FORWARD IT TO DEFENSE COUNSEL | 0.10 |
| 03/31/15 | 443 | ANALYZED ISSUES RE: POTENTIAL ADDITIONAL ARGUMENTS TO RAISE IN MOTION TO DISMISS | 0.40 |
| 03/31/15 | 443 | DRAFTED EMAIL TO ALL DEFENSE COUNSEL RE: MASTER EMAIL LIST WITH CONTACT INFORMATION | 0.10 |
| 03/31/15 | 118 | REVIEW MEMORANDUM IN SPT. OF MOT TO DISMISS (OUR DRAFT) IN PREP FOR DEFENSE COUNSEL CONF. CALL & DRAFT OUTLINE OF POTENTIAL ARGUMENTS | 0.70 |
| 03/31/15 | 118 | TELEPHONE CALL TO CO-DEF.'S ATTORNEY VENTRELL RE: CONF CALL | 0.10 |
| 03/31/15 | 118 | CONF CALL DEFENSE COUNSEL RE: MOT TO DISMISS, DEFENSE STRATEGY, RULE 11 MOTION OK | 0.50 |
| 03/31/15 | 118 | TELEPHONE CALL TO CO-DEF.'S ATTORNEY - VENTRELL (COUNSEL FOR CONTINENTAL) RE: ARGUMENTS APPL. TO E&W & CONTINENTAL, MOTIONS TO DISMISS, ADDITIONAL DOCS NEEDED FOR E&W MOTION. | 0.30 |
| 03/31/15 | 118 | EMAIL TO VENTRELL RE: DOCS NEEDED FROM ZIPIN V HOROWITZ & MIA CASE (POST CONF. CALL) | 0.30 |
| 03/31/15 | 118 | EMAILS TO VENTRELL, MCGUCKIAN, AND WARIN RE: CONF. CALL & CONT. (PRE-CONF. CALL) | 0.10 |
| 03/31/15 | 118 | EMAILS FROM KAZAN (X2) RE: REP OF CONTINENTAL, SERVICE & REPLY | 0.10 |
| 03/31/15 | 118 | REVIEW PLEADING'S - ONLINE DOCKET ZIPIN V HOROWITZ RE: RULING ON MOT TO ALTER/AMEND | 0.10 |
| 04/01/15 | 118 | REVIEW COMPLAINT HOROWITZ MIA COMPLAINT & ANALYZE CLAIMS V CLAIMS IN MONT. CO CASE | 0.40 |
| 04/01/15 | 118 | REVIEW CONTINENTAL RESPONSE TO MIA COMPLAINT | 0.30 |
| 04/01/15 | 118 | REVIEW HOROWITZ HEARING REQUEST (APPEAL OF MIA DECISION) | 0.20 |
| 04/01/15 | 118 | REVIEW MIA DECISION - NO VIOLATION | 0.20 |

ECCLESTON & WOLF, PC

| | | | |
|---|---|---|---|
| ECCLESTON AND WOLF, P.C. | | | December 31, 2015 |
| I.D. 1079-5A086 - SNL | | | Invoice 61269 |
| Re: ATS. HOROWITZ, ROBERT; HOROWITZ, CATHY | | | Page 9 |

| Date | Code | Description | Hours |
|---|---|---|---|
| 04/01/15 | 118 | REVIEW MEMORANDUM IN SPT OF OUR MOT DISMISS RE: USE OF MIA COMPLAINT TO SPT AGREEMENTS | 0.40 |
| 04/01/15 | 118 | REVIEW DOCUMENTS MIA CLAIM TO ID EXHIBITS | 0.40 |
| 04/01/15 | 118 | EMAIL TO VENTRELL RE: ADDITIONAL DOCS FROM MIA CLAIM | 0.10 |
| 04/01/15 | 118 | RECEIPT AND REVIEW VENTRELL EMAIL RE: CNA RESPONSE | 0.10 |
| 04/03/15 | 118 | EMAIL FROM SHAPIRO W/ SELZER MOT STRIKE HOROWITZ CC IN SELZER MALP CASE & ANALYZE USE IN OUR MOT DISMISS | 0.40 |
| 04/08/15 | 443 | RESEARCHED: DECLARATORY JUDGMENT, ABSTENTION, APPLICATION OF COLLATERAL ESTOPPEL TO ADMINISTRATIVE PROCEEDINGS AND VIOLATION OF INSURANCE ARTICLE TO SUPPORT CLAIM FOR MCPA VIOLATION | 3.20 |
| 04/09/15 | 118 | EMAILS (X4) FIRM K.V. RE: DOCS FIRM MIA CLAIM & ZIPPIN V HOROWITZ & REPLY (X2) | 0.20 |
| 04/09/15 | 118 | REVIEW ZIPPIN OPP TO MOT TO DISMISS & MOT TO A/A (X2) & ORDER | 0.30 |
| 04/09/15 | 118 | REVIEW ZIPIN MSJ & MEMO (ZIPIN V HOROWITZ) | 0.30 |
| 04/09/15 | 118 | REVIEW DOCUMENTS HOROWITZ EXH. 7X8 TO MIA RESPONSE. | 0.10 |
| 04/09/15 | 118 | REVIEW COMPLAINT DJ & MD CPA CLAIMS & ANALYZE VIABILITY OF ARGUMENTS TO DISMISS | 0.50 |
| 04/09/15 | 118 | REVIEW DOCUMENTS CNA CLAIM FILE USED BY PLAINTIFFS - CORRESP. & NOTES RE: POSS USE IN MOT DISMISS | 0.60 |
| 04/09/15 | 443 | REVIEWED AND ANALYZED MARLAND LAW DISCUSSING APPROPRIATE DJ ACTION WHEN LEGAL CAUSES OF ACTION ON SAME ISSUES ALREADY PENDING, IN PREPARATION FOR DRAFTING MOTION TO DISMISS | 1.30 |
| 04/10/15 | 443 | DRAFTED MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT SECTION RE: UPDATED FACTUAL BACKGROUND AND UNDERLYING CLAIMS | 2.90 |
| 04/10/15 | 443 | EXCHANGED EMAILS WITH KAREN VENTRELL RE: STATUS OF MIA PROCEEDINGS TO DESCRIBE IN MOTION TO DISMISS AMENDED COMPLAINT | 0.10 |
| 04/10/15 | 443 | EXCHANGED EMAILS WITH PHIL ZIPIN TO OBTAIN PAPERS AND PLEADINGS IN UNDERLYING ZLF SETTLEMENT ENFORCEMENT CASE | 0.20 |
| 04/10/15 | 394 | CALL TO PHIL ZIPIN AND ANALYSIS - RE: MSJ VACATED IN ZIPIN COLLECTION CASE; NEED COPIES OF DOCUMENTS FROM COLLECTION CASE | 0.50 |
| 04/10/15 | 394 | REVIEWED AND ANALYZED FILE TO LOCATE RETAINER AGREEMENT AT REQUEST OF CNA | 0.30 |
| 04/10/15 | 394 | DRAFTED EMAIL TO ERIC HANSEN PROVIDING ZIPIN RETAINER AGREEMENT PER CNA REQUEST | 0.10 |
| 04/10/15 | 443 | DRAFTED MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT SECTION RE: CLAIMS PRECLUDED BY PLAINTIFF'S CONSENT TO SETTLE AGREEMENT | 1.20 |
| 04/10/15 | 443 | DRAFTED MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT SECTION RE: PLAINTIFF'S CANNOT MAINTAIN DJ ACTION | 2.10 |

ECCLESTON & WOLF, PC

| | | | |
|---|---|---|---|
| ECCLESTON AND WOLF, P.C. | | | December 31, 2015 |
| I.D. 1079-5A086 - SNL | | | Invoice 61269 |
| Re: ATS. HOROWITZ, ROBERT; HOROWITZ, CATHY | | | Page 10 |
| 04/12/15 | 118 | REVIEW MEMORANDUM IN SPT. OF SELZER MOT TO DISMISS & ANALYZE APPLICABILITY OF ARGUMENTS TO E&W MOTION | 0.30 |
| 04/12/15 | 118 | REVIEW MEMORANDUM IN SPT. OF BREGMAN MOT TO DISMISS & ANALYZE APPLICABILITY OF ARGUMENTS TO E&W MOTION | 0.40 |
| 04/12/15 | 118 | REVIEW COMPLAINT AMENDED RE: REF TO DEBT COLLECTION STATUTES & MD. RPC & ANALYZE ARGUMENT TO DISMISS | 0.40 |
| 04/12/15 | 118 | RESEARCH MIA JURISDICTION IES NO JURISDICTION OVER ACTIONS OF ATTORNEYS | 0.50 |
| 04/12/15 | 118 | REVIEW AND REVISE MEMORANDUM IN SPT. OF E&W MOT TO DISMISS | 0.80 |
| 04/12/15 | 118 | EMAIL TO CLIENT RE: MEMO IN SPT OF MOT DISMISS & RULE 11 MOTION | 0.20 |
| 04/13/15 | 118 | REVIEW AND REVISE MEMORANDUM IN SPT. OF MOT DISMISS RE: MIA PROCEEDINGS & SECTION ON DJ CLAIM IN COUNT 2 | 0.30 |
| 04/13/15 | 443 | ANALYZED ADDITIONAL ARGUMENTS TO SET FORTH IN MOTION TO DISMISS AMENDED COMPLAINT, AND DRAFTED ADDITIONAL SECTIONS OF MEMORANDUM OF LAW | 1.10 |
| 04/13/15 | 443 | DRAFTED EMAIL TO COUNSEL FOR CNA WITH DRAFT E&W MOTION TO DISMISS AMENDED COMPLAINT FOR REVIEW AND REFERENCE | 0.10 |
| 04/20/15 | 118 | RECEIPT AND REVIEW WARIN ENTRY OF APP | 0.10 |
| 04/21/15 | 118 | REVIEW AND REVISE LETTER - OPPOSING COUNSEL LOPATTO (TO IN CORPORATE MOT DISMISS) RE: RULE FOR SANCTIONS | 0.20 |
| 04/21/15 | 118 | DRAFT RULE 11 MOTION FOR SANCTIONS TO SERVE ON LOPATTO AFTER MOT DISMISS FILED | 0.70 |
| 04/21/15 | 443 | ANALYZED ISSUES RE: EXHIBITS TO INCLUDE WITH MOTION TO DISMISS AMENDED COMPLAINT | 0.20 |
| 04/21/15 | 443 | EXCHANGED EMAILS WITH MIKE KAZAN RE: PROGRESS OF CNA MOTION TO DISMISS AND REVIEW OF DRAFT E&W MOTION TO DISMISS | 0.20 |
| 04/23/15 | 449 | TRAVEL TO AND FROM COURT HOUSE TO OBTAIN COPIES OF PLEADINGS IN 391819-V. | 0.70 |
| 04/23/15 | 449 | OBTAIN AND REVIEW COPIES OF PLEADINGS IN 391819-V. | 0.90 |
| 04/23/15 | 118 | RECEIPT AND REVIEW LINE MILES & STOCKRIDGE | 0.10 |
| 04/23/15 | 443 | REVIEWED AND ANALYZED DOCUMENTS AND PAPERS FROM ZLF ENFORCEMENT CASE TO ASSIST IN DRAFTING MOTION TO DISMISS AMENDED COMPLAINT, INCLUDING REVIEW OF HOROWITZ MOTION TO DISMISS, ORDER GRANTING ZLF MOTION FOR SUMMARY JUDGMENT, TRANSCRIPT FROM HEARING ON MOTION FOR SUMMARY JUDGMENT, HOROWITZ MOTION TO ALTER OR AMEND AND ACCOMPANYING REPLY, AND COURT'S ORDER GRANTING IN PART MOTION TO ALTER OR AMEND AND VACATING ORDER GRANTING MSJ | 2.10 |
| 04/23/15 | 443 | DRAFTED REVISIONS TO MOTION TO DISMISS AMENDED COMPLAINT BASED UPON ARGUMENTS CONTAINED IN ZLF ENFORCEMENT CASE PAPERS AND MOTIONS | 0.40 |

ECCLESTON & WOLF, PC

| | | | |
|---|---|---|---|
| ECCLESTON AND WOLF, P.C. | | | December 31, 2015 |
| I.D. 1079-5A086 - SNL | | | Invoice 61269 |
| Re: ATS. HOROWITZ, ROBERT; HOROWITZ, CATHY | | | Page 11 |
| 04/24/15 | 118 | REVIEW & ANALYZE RULE 11 & CASE LAW IN PREP FOR MEMO IN SPT. OF MOTION | 0.60 |
| 04/24/15 | 118 | REVIEW AND REVISE MOTION FOR SANCTION - RULE 11 | 0.20 |
| 04/24/15 | 118 | RECEIPT AND REVIEW KAZAN (CNA ATT) EMAILS (X2) RE: MOT. DISMISS & REPLY (X2) | 0.10 |
| 04/24/15 | 118 | RECEIPT AND REVIEW CNA SUGGESTED REVISIONS TO E&W MEMO | 0.40 |
| 04/24/15 | 118 | RECEIPT AND REVIEW VENTRELL EMAIL RE: MIA HEARING & REPLY | 0.10 |
| 04/24/15 | 118 | RECEIPT AND REVIEW SHAPIRO EMAIL RE: HEARING ON POST J. MOTION IN SELZER CASE | 0.10 |
| 04/24/15 | 118 | DRAFT MEMORANDUM IN SPT. OF RULE 11 MOTION FOR SANCTIONS | 1.60 |
| 04/24/15 | 118 | RECEIPT AND REVIEW MEMORANDUM IN SPT. OF CNA MOT DISMISS W/ EMAIL FROM M. KAZAN & REPLY | 0.40 |
| 04/24/15 | 443 | EXCHANGED MULTIPLE EMAILS WITH RACHEL SHAPIRO, ESQ. RE: PLAINTIFFS' OPPOSITION TO SELZER AND BREGMAN MOTIONS TO DISMISS, AND SELZER'S CONSENT TO EXTENSION OF TIME | 0.30 |
| 04/24/15 | 443 | DRAFTED EMAILS TO MIKE KAZAN RE: E&W'S EXHIBITS IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT | 0.10 |
| 04/24/15 | 443 | REVIEWED AND ANALYZED CNA FEEDBACK ON DRAFT MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT | 0.60 |
| 04/24/15 | 443 | DRAFTED REVISIONS TO MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT BASED UPON SUGGESTED REVISIONS FROM CNA COUNSEL | 0.90 |
| 04/24/15 | 443 | DRAFTED ENTRY OF APPEARANCE OF ADDITIONAL COUNSEL ON BEHALF OF ECCLESTON AND WOLF | 0.20 |
| 04/24/15 | 443 | DRAFTED PROPOSED ORDER TO ACCOMPANY MOTION TO DISMISS AMENDED COMPLAINT | 0.20 |
| 04/24/15 | 443 | DRAFTED TABLE OF CONTENTS FOR MEMORANDUM OF LAW IN ACCORDANCE WITH LOCAL RULES | 0.40 |
| 04/24/15 | 443 | DRAFTED EXHIBIT INDEX FOR MOTION TO DISMISS IN ACCORDANCE WITH LOCAL RULES | 0.40 |
| 04/24/15 | 443 | DRAFTED STATEMENT OF DISCLOSURE OF FINANCIAL INTEREST | 0.20 |
| 04/24/15 | 443 | DRAFTED MOTION TO DISMISS AMENDED COMPLAINT | 1.90 |
| 04/27/15 | 118 | REVIEW AND REVISE MOTION TO DISMISS & MEMO FINAL REVIEW BEFORE FILING | 0.50 |
| 04/27/15 | 118 | TELEPHONE CALL TO CO-DEF.'S ATTORNEY M. NEVIUS RE: MIA HEARING | 0.10 |
| 04/27/15 | 443 | DRAFTED ADDITIONAL REVISIONS TO MOTION TO DISMISS AMENDED COMPLAINT AND SUPPORTING MEMORANDUM OF LAW | 0.50 |
| 04/27/15 | 443 | EXCHANGED EMAILS WITH KAREN VENTRELL RE: BREGMAN FIRM AND SELZER FIRM AGREEMENT FOR EXTENSION FOR PLAINTIFF TO SUBMIT OPPOSITIONS TO MOTIONS TO DISMISS, AND PLAN FOR CNA AND E&W NOT TO REQUEST ADDITIONAL EXTENSION FOR MOTIONS TO DISMISS FROM PLAINTIFF | 0.20 |
| 04/28/15 | 118 | REVIEW AND REVISE MOTION FOR SANCTIONS & MEMO | 0.50 |

ECCLESTON & WOLF, PC

| ECCLESTON AND WOLF, P.C. | | | December 31, 2015 |
|---|---|---|---|
| I.D. 1079-5A086 - SNL | | | Invoice 61269 |
| Re: ATS. HOROWITZ, ROBERT; HOROWITZ, CATHY | | | Page 12 |
| 04/28/15 | 118 | RESEARCH (REVIEW) RE: FED CT. TAKING JUD NOTICE OF STATE CT. DOCKETS & PLEADING'S. | 0.40 |
| 04/28/15 | 443 | REVIEWED AND ANALYZED FEDERAL LAW DISCUSSING SCOPE OF JUDICIAL NOTICE FOR DOCUMENTS INTEGRAL TO, AND RELIED UPON IN, COMPLAINT, PUBLIC RECORDS AND PLEADINGS IN OTHER JUDICIAL AND ADMINISTRATIVE MATTERS | 0.90 |
| 04/28/15 | 443 | DRAFTED ADDITIONAL REVISIONS TO MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT TO ADDRESS JUDICIAL NOTICE OF EXHIBITS THAT DO NOT CONVERT MOTION TO DISMISS INTO MOTION FOR SUMMARY JUDGMENT | 0.50 |
| 04/28/15 | 443 | REVIEWED AND FINALIZED CORPORATE DISCLOSURE STATEMENT, ENTRY OF APPEARANCE, MOTION TO DISMISS FIRST AMENDED COMPLAINT, MEMORANDUM OF LAW, TABLE OF CONTENTS FOR MEMORANDUM OF LAW, EXHIBIT INDEX, SUPPORTING EXHIBITS AND PROPOSED ORDER FOR SUBMISSION TO COURT | 1.60 |
| 04/29/15 | 118 | RECEIPT AND REVIEW PLEADING'S - SELZER CORP DISCLOSURE | 0.10 |
| 04/29/15 | 118 | REVIEW AND REVISE MOTION FOR SANCTIONS & MEMO & PREPARE TO SERVE ON LOPATTO (FINAL REVISIONS) | 0.70 |
| 04/29/15 | 118 | DRAFT MEMORANDUM IN SPT. OF MOT FOR SANCTIONS RE: RELEASE | 0.20 |
| 04/29/15 | 118 | REVIEW RULE 11 & CASE LAW RE: CONTENTS OF ORDER & DRAFT ORDER AWARDING SANCTIONS | 0.50 |
| 04/29/15 | 118 | EMAIL TO CLIENT RE: MOT TO DISMISS & MOT FOR SANCTIONS | 0.10 |
| 04/29/15 | 118 | REVIEW COMPLAINT & ANALYZE SUFFICIENCY OF CLAIM FOR SPEC PERF. | 0.40 |
| 04/29/15 | 118 | REVIEW AND REVISE ORDER AWARDING SANCTIONS | 0.10 |
| 04/29/15 | 118 | REVIEW RULE 11 RE: CONTENTS & SERVICE OF MOTION & ORDER | 0.10 |
| 04/29/15 | 443 | REVIEWED AND ANALYZED FEDERAL LAW REGARDING REQUIRED FACTUAL FINDINGS IN ORDER GRANTING MOTION FOR SANCTIONS, AND REVISED PROPOSED ORDER TO ACCOMPANY E&W'S MOTION FOR SANCTIONS ACCORDINGLY | 0.00 |
| 04/29/15 | 443 | REVIEWED AND ANALYZED ARGUMENTS SET FORTH IN CNA'S MOTION TO DISMISS AMENDED COMPLAINT, SUPPORTING MEMORANDUM OF LAW AND ATTACHED EXHIBITS | 0.80 |
| 04/30/15 | 118 | REVIEW HOROWITZ PRE-HEARING STATEMENT - MIA RE: REDACTIONS | 0.20 |
| 04/30/15 | 118 | TELEPHONE CALL TO MARY NEVIUS RE: MIA HEARING (LM) (NO CHARGE) | 0.00 |
| 04/30/15 | 118 | REVIEW RULE LOCAL RE: MOT FOR SANCTIONS | 0.10 |
| 05/01/15 | 118 | REVIEW MOT FOR SANCTIONS & MEMO RE: EXHIBITS | 0.20 |
| 05/01/15 | 443 | ANALYZED ADDITIONAL ARGUMENTS TO SET FORTH IN MOTION FOR SANCTIONS AND SUPPORTING MEMORANDUM OF LAW | 0.90 |
| 05/03/15 | 118 | RECEIPT AND REVIEW HOROWITZ EMERGENCY MOTION FOR EXTENSION | 0.10 |
| 05/04/15 | 443 | DRAFTED NOTICE OF DISMISSAL WITH PREJUDICE OF CLAIMS ALLEGED AGAINST E&W | 0.20 |

ECCLESTON & WOLF, PC

| | | | |
|---|---|---|---|
| ECCLESTON AND WOLF, P.C. | | | December 31, 2015 |
| I.D. 1079-5A086 - SNL | | | Invoice 61269 |
| Re: ATS. HOROWITZ, ROBERT; HOROWITZ, CATHY | | | Page 13 |

| Date | Code | Description | Hours |
|---|---|---|---|
| 05/04/15 | 443 | REVIEWED AND FINALIZED CORRESPONDENCE TO LOPATTO, MOTION FOR SANCTIONS, SUPPORTING MEMORANDUM OF LAW AND PROPOSED ORDER | 1.10 |
| 05/08/15 | 118 | RECEIPT AND REVIEW OPPOSING MEMORANDUM OF HOROWITZ TO BREGMAN & SELZER MOT TO DISMISS | 0.40 |
| 05/13/15 | 118 | EMAILS FR. VENTRELL & LOPATTO RE: EXTENSION & REPLY TO BOTH | 0.10 |
| 05/14/15 | 118 | TELEPHONE CALL TO MARY NEVIUS RE: HOROWITZ MIA HEARING ON REDACTION OF CNA DOCS | 0.30 |
| 05/17/15 | 118 | RECEIPT AND REVIEW LOPATTO MOT FOR EXTENSION | 0.10 |
| 05/18/15 | 118 | RECEIPT AND REVIEW ORDER GRANTING PL. EXTENSION TO FILE RESP. TO OUR MOT. DISMISS | 0.10 |
| 05/29/15 | 443 | DRAFTED EMAIL TO LOPATTO RE: OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT | 0.10 |
| 06/01/15 | 118 | REVIEW - SELZER REPLY TO PL - OPP TO MOT DISMISS & EXH. | 0.60 |
| 06/01/15 | 118 | REVIEW BREGMAN REPLY TO PL OPP TO MOT TO DISMISS & EXH. | 0.50 |
| 06/02/15 | 443 | ANALYZED ARGUMENTS SET FORTH IN PLAINTIFFS' OPPOSITION TO E&W MTD AMENDED COMPLAINT | 0.40 |
| 06/02/15 | 118 | RECEIPT AND REVIEW - HOROWITZ MOT FOR EXTENSION FILED @ 7:12 PM ON 6/1 & CT ORDER GRANTING IT | 0.10 |
| 06/03/15 | 443 | REVIEWED AND ANALYZED PLAINTIFFS' OPPOSITION TO CNA'S MOTION TO DISMISS AMENDED COMPLAINT | 0.30 |
| 06/04/15 | 118 | REVIEW OPP TO E&W MOT TO DISMISS IN PREP FOR REPLY | 0.50 |
| 06/12/15 | 443 | REVIEWED AND ANALYZED CASES CITED IN PLAINTIFFS' OPPOSITION TO E&W MTD TO DEVELOP ARGUMENTS TO RAISE IN REPLY | 2.20 |
| 06/12/15 | 443 | ANALYZED ARGUMENTS TO RAISE IN REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS | 0.40 |
| 06/15/15 | 443 | REVIEWED AND ANALYZED FEDERAL LAW DISCUSSING PROCEDURE FOR ASSERTING NEW ALLEGATIONS IN CLAIM, IN PREPARATION FOR DRAFTING REPLY | 0.70 |
| 06/15/15 | 443 | DRAFTED REPLY SECTIONS RE: PLAINTIFFS' CLAIMS ARE BARRED BY COLLATERAL ESTOPPEL AND BY THE DOCTRINES OF WAIVER, RATIFICATION AND UNCLEAN HANDS | 2.10 |
| 06/15/15 | 443 | DRAFTED REPLY SECTIONS RE: FDCPA CLAIM IS BARRED BY STATUTE OF LIMITATIONS AND E&W DID NOT ENGAGE IN DEBT COLLECTION ACTIVITY TO TRIGGER STATE AND FEDERAL DEBT COLLECTION STATUTES | 1.90 |
| 06/15/15 | 443 | DRAFTED REPLY SECTION RE: DECLARATORY JUDGMENT ACTION NOT APPROPRIATE TO RESOLVE CLAIMS | 0.90 |
| 06/16/15 | 118 | EMAIL FROM LOPATTO RE: PROPOSED MOTION TO AMEND, REPLIES FROM VENTRELL & MCGUCKIAN & SEND REPLY | 0.20 |
| 06/16/15 | 443 | DRAFTED REPLY SECTIONS RE: LAWYERS ARE EXEMPT FROM MCPA AND PLAINTIFFS CANNOT STATE A CLAIM FOR ALLEGED CONSPIRACY | 1.30 |
| 06/17/15 | 118 | REVIEW AND REVISE REPLY TO OPP TO E&W MOT TO DISMISS | 0.70 |
| 06/17/15 | 118 | TELEPHONE CALL TO CO-DEF.'S ATTORNEY MCGUCKIAN RE: | 0.20 |

ECCLESTON & WOLF, PC

| | | | |
|---|---|---|---|
| ECCLESTON AND WOLF, P.C. | | | December 31, 2015 |
| I.D. 1079-5A086 - SNL | | | Invoice 61269 |
| Re: ATS. HOROWITZ, ROBERT; HOROWITZ, CATHY | | | Page 14 |

| Date | Code | Description | Hours |
|---|---|---|---|
| | | POTENTIAL SEC AM. COMPL. & CORP DISCLOSURE | |
| 06/17/15 | 118 | REVIEW FILE RE: PROPOSED MOT FOR SANCTIONS, 21 DAY PERIOD. | 0.30 |
| 06/17/15 | 118 | EMAIL FROM VENTRELL (CNA ATT) RE: SAC | 0.10 |
| 06/17/15 | 118 | RECEIPT AND REVIEW LOPATTO EMAIL RE: SELZER I.C. | 0.10 |
| 06/17/15 | 118 | RECEIPT AND REVIEW SELZER AM CORP DISCLOSURE | 0.10 |
| 06/17/15 | 443 | DRAFTED ADDITIONAL SECTIONS OF REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT | 1.40 |
| 06/18/15 | 443 | REVIEWED AND FINALIZED REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS | 0.10 |
| 06/22/15 | 118 | RECEIPT AND REVIEW CONTINENTAL REPLY TO PL OPP TO MOT TO DISMISS | 0.40 |
| 08/14/15 | 118 | REVIEW CASE DOCKET RE: HEARING, ETC MOTIONS TO DISMISS | 0.10 |
| 08/26/15 | 118 | RECEIPT AND REVIEW PL. SUPPL. AUTHORITY (SURREPLY) TO OPP TO MOT DISMISS W/ EXHIBIT | 0.40 |
| 08/26/15 | 118 | REVIEW & ANALYZE APPLICABILITY OF CJ 11-504 TO ZIPIN SETTLEMENT | 0.50 |
| 08/26/15 | 118 | EMAIL TO DEFENSE COUNSEL RE: MOT. TO STRIKE "SURREPLY" AM. COMPL. ETC. | 0.20 |
| 09/23/15 | 118 | EMAIL FROM VENTRELL & MCGUCKEN RE: PENDING MOTIONS | 0.10 |
| 10/22/15 | 118 | REVIEW US DIST. CT. DOCKET RE: NEW FILINGS, ETC | 0.10 |
| 10/22/15 | 118 | EMAIL TO CLIENT - STATUS REPORT | 0.20 |
| 10/28/15 | 118 | TELEPHONE CALL TO INSURANCE CO. FELDERHOFF RE: INFO ON HOROWITZ CASE | 0.20 |
| 12/29/15 | 118 | RECEIPT AND REVIEW MEMORANDUM OPINION AND ORDER GRANTING MOTION TO DISMISS | 0.40 |
| 12/29/15 | 118 | REVIEW UBT & UBD REGARDING POTENTIAL RULE 11 MOTION FOR SANCTIONS | 0.30 |
| 12/29/15 | 118 | REVIEW RULES (FED & LOCAL) REGARDING MOTIONS FOR ATT FEES MOTIONS FOR SANCTIONS, BILL OF COSTS AND ANALYZE APPLICABILITY TO OUR CASE | 0.50 |
| 12/29/15 | 118 | EMAIL REPORT TO CLIENT REGARDING GRANT OF MOTION DISMISS, RULE 11 MOTION, ETC. | 0.50 |
| 12/29/15 | 118 | REVIEW RULE 11 MOTION, MEMO, ORDER AND LETTER TO J.L. REGARDING REVISIONS NECESSARY TO FILE | 0.40 |
| 12/29/15 | 443 | REVIEWED AND ANALYZED GROUNDS IN SUPPORT OF COURT'S OPINION GRANTING ALL DEFENDANTS' MOTIONS TO DISMISS | 0.40 |
| | | **Total Hours** | **181.50** |

**Fee Recap**

| Name | Code | Title | Hours | Rate/Hour |
|---|---|---|---|---|
| SHIRLIE N. LAKE | 118 | PARTNER | 63.50 | 175.00 |
| JR., EDWARD J. HUTCHINS | 122 | PARTNER | 9.40 | 175.00 |
| JR., RICHARD J. BERWANGER | 394 | ASSOCIATE | 1.70 | 160.00 |

ECCLESTON & WOLF, PC

| | | | | | |
|---|---|---|---|---|---|
| ECCLESTON AND WOLF, P.C. | | | | | December 31, 2015 |
| I.D. 1079-5A086 - SNL | | | | | Invoice 61269 |
| Re: ATS. HOROWITZ, ROBERT; HOROWITZ, CATHY | | | | | Page 15 |
| | | | | Hours | Rate/Hour |
| ASHLEY L. MARUCCI | 443 | ASSOCIATE | | 105.30 | 160.00 |
| JEANNETTE L. CALOMERIS | 449 | ASSOCIATE | | 1.60 | 160.00 |
| | | **Totals** | | **181.50** | |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 02/27/15 | DEPOSITION/TRANSCRIPT COSTS; OF HEARING, INV# ALM022715; CLERK, CIRCUIT COURT FOR MONTGOMERY COUNTY | 160.00 |
| 03/10/15 | DEPOSITION/TRANSCRIPT COSTS; OF HEARING, INV# ALM031015; CLERK, CIRCUIT COURT FOR MONTGOMERY COUNTY | 42.32 |
| 03/10/15 | WESTLAW RESEARCH; FOR ONLINE RESEARCH, JAN 2015, INV# 831209965; WEST-THOMSON REUTERS | 89.42 |
| 03/24/15 | WESTLAW RESEARCH; FOR ONLINE RESEARCH, FEBRUARY 2014, INV# 831387310; WEST-THOMSON REUTERS | 164.14 |
| 03/31/15 | 10 Pages at 0.1 per page | 1.00 |
| 04/30/15 | 802 Pages at 0.1 per page | 80.20 |
| 05/05/15 | OUTSIDE PHOTOCOPIES; FOR COPIES OF FILING, ON 04/23/15, INV# JLC04032015; JEANNETTE L. CALOMERIS | 120.50 |
| 05/05/15 | MISCELLANEOUS; FOR PARKING AT COURTHOUSE, ON 04/23/15, INV# JLC04032015; JEANNETTE L. CALOMERIS | 1.50 |
| 06/09/15 | WESTLAW RESEARCH; FOR ONLINE RESEARCH, MARCH 2015, INV# 831567063; WEST-THOMSON REUTERS | 16.79 |
| 06/10/15 | WESTLAW RESEARCH; FOR ONLINE RESEARCH, APRIL 2015, INV# 831750424; WEST-THOMSON REUTERS | 49.62 |
| 08/28/15 | COURT COST; FOR PUBLIC ACCESS, FROM 04/01-06/30, INV# 2546433-Q22015; PACER SERVICE CENTER | 31.80 |
| | **Total Disbursements** | **757.29** |

ECCLESTON & WOLF, PC

| | |
|---|---|
| ECCLESTON AND WOLF, P.C. | December 31, 2015 |
| I.D. 1079-5A086 - SNL | Invoice 61269 |
| Re: ATS. HOROWITZ, ROBERT; HOROWITZ, CATHY | Page 16 |

| | |
|---|---:|
| **Total Fees and Disbursements** | **30,890.79** |
| **Total Current Charges** | **30,890.79** |