UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

|  |  |
|---|---|
| ROBERT HOROWITZ, *et al.* | * |
| Plaintiffs | * |
| v. | Civil Action No.:  8:14-cv-03698-DKC |
|  | * |
| CONTINENTAL CASUALTY COMPANY D/B/A CNA, *et al.*, | * |
| Defendants | * |

**ORDER**

Upon consideration of Defendant Eccleston and Wolf, P.C.'s ("E&W") Motion for Sanctions, Plaintiffs' Opposition and Defendant's Reply, it is this ____ day of _____, 2016, by the undersigned, Senior Judge of the United States District Court for the District of Maryland, hereby

**ORDERED**, that Plaintiffs' claims and legal contentions against E&W in the First Amended Complaint for alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), alleged violations of the Maryland Consumer Debt Collection Act ("MCDCA"), alleged violations of the Maryland Consumer Protection Act ("MCPA"), Declaratory Judgment and alleged civil conspiracy, are not warranted by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law or for establishing new law for the reasons set forth in Defendant E&W's Motion to Dismiss First Amended Complaint and supporting Memorandum of Law; and it is further

**ORDERED**, that Plaintiffs' factual contentions in support of their causes of action in the First Amended Complaint for alleged violations of the FDCPA, MCDCA and MCPA,

Declaratory Judgment and alleged civil conspiracy, have no evidentiary support for the reasons set forth in E&W's Motion to Dismiss First Amended Complaint and supporting Memorandum of Law; and it is further

**ORDERED**, that Plaintiffs' claims against E&W in the First Amended Complaint for alleged violations of the FDCPA, MCDCA and MCPA, Declaratory Judgment and alleged civil conspiracy, are being presented for an improper purpose, including to harass this Defendant, who simply represented Plaintiffs' adversary in prior litigation, and to needlessly increase the cost of litigation for the reasons set forth in Defendant E&W's Motion to Dismiss First Amended Complaint and supporting Memorandum of Law; and it is further

**ORDERED**, that Plaintiffs' counsel, John S. Lopatto III and the Law Offices of John Lopatto III, represented them in prior litigation, as discussed in Defendant E&W's Motion to Dismiss First Amended Complaint and supporting Memorandum of Law.  Accordingly, Plaintiffs' counsel is aware that: (1) the claims and legal contentions against E&W in the First Amended Complaint are not warranted by existing law or by a non-frivolous argument for extending, modifying or reversing existing law or for establishing new law; (2) the factual contentions in support of the causes of action in the First Amended Complaint have no evidentiary support and (3) the claims against E&W in the First Amended Complaint are being presented for an improper purpose, including to harass E&W and to needlessly increase the cost of litigation.

**THEREFORE**, Defendant E&W's Motion for Sanctions is **GRANTED**; and it is further

**ORDERED**, that E&W is entitled to an award of monetary sanctions in the form of reasonable attorneys' fees and expenses in the amount of $30,890.79 incurred in connection with responding to the First Amended Complaint and preparation of the Motion for Sanctions.

3

_____
Deborah K. Chasanow, Senior Judge

Copies to all counsel of record